1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  AMNON Z. SIEGEL (State Bar No. 234981)
   asiegel@millerbarondess.com
3  LAUREN R. WRIGHT (State Bar No. 280809)
   lwright@millerbarondess.com
4  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:  (310) 552-4400
6  Facsimile:  (310) 552-8400

7  Attorneys for Plaintiffs

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  National Association of African-American Owned Media, a California
12  limited liability company; and Entertainment Studios Networks, Inc., a
13  California corporation,

14            Plaintiffs,

15       v.

16  Comcast Corporation, a Pennsylvania corporation; Time Warner Cable Inc., a
17  Delaware corporation; National Association for the Advancement of
18  Colored People, a New York corporation; National Urban League,
19  Inc., a New York corporation; Al Sharpton, an individual; National
20  Action Network, Inc., a New York corporation; Meredith Attwell Baker, an
21  individual; and DOES 1 through 10, inclusive,

22            Defendants.

23

**CASE NO. 2:15-cv-01239**

**COMPLAINT FOR:**

**1) RACIAL DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981; AND**

**2) CONSPIRACY TO VIOLATE 42 U.S.C. § 1981;**

**AND FOR DAMAGES AND INJUNCTIVE RELIEF**

**DEMAND FOR JURY TRIAL**

24

25

26

27

28

*(side margin)* MILLER BARONDESS, LLP — ATTORNEYS AT LAW — 1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067 — TEL: (310) 552-4400  FAX: (310) 552-8400

Case No.

COMPLAINT

Plaintiffs National Association of African-American Owned Media ("NAAAOM") and Entertainment Studios Networks, Inc. ("Entertainment Studios") allege against Defendants Comcast Corporation ("Comcast"), Time Warner Cable, Inc. ("Time Warner Cable"), National Association for the Advancement of Colored People ("NAACP"), National Urban League, Inc. ("National Urban League"), Reverend Al Sharpton ("Sharpton"), National Action Network, Inc. ("National Action Network"), Meredith Attwell Baker; and DOES 1 through 10, inclusive, (collectively, "Defendants") as follows:

**INTRODUCTION**

1.      This case is about racial discrimination in the contracting process by Defendants Comcast and Time Warner Cable—the two largest cable television companies in the United States—against 100% African American–owned media. These companies are preparing to merge into what will be the largest pay-television distributor in the United States.

2.      Plaintiff Entertainment Studios is a 100% African American–owned media company involved in the production and distribution of television programming through broadcast television, its seven cable television channels, and its subscription-based internet service.  It is the only 100% African American–owned video programming producer and multi-channel operator/owner in the United States, and is a victim of this racial discrimination by Comcast and Time Warner Cable.

3.      African Americans comprise 13% of the U.S. population and represent more than $1 trillion in consumer spending power.  Both Comcast and Time Warner Cable profit greatly by providing television service to African Americans.  When combined with Time Warner Cable, Comcast would become the largest pay television distributor in the United States, with nearly one-third (1/3) of all television homes.  (In fact, Comcast must divest itself of nearly 2.5 million

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1    customers to remain at the 30 million customer cap that the FCC will require for

2    merger approval.)

3         4.     Comcast and Time Warner Cable collectively spend approximately $25

4    billion annually for the licensing of pay-television channels and advertising of their

5    products and services ($20 billion licensing and $5 billion advertising), yet 100%

6    African American–owned media receives less than $3 million per year.

7         5.     In connection with its 2010 bid to acquire NBC-Universal, Comcast

8    was criticized for its refusal to do business with 100% African American–owned

9    media.  In response, Comcast entered into what it termed "voluntary diversity

10   agreements," *i.e.*, memoranda of understanding ("MOUs"), with non-media civil

11   rights groups, including the other Defendants herein:  NAACP; National Urban

12   League; Al Sharpton; and Al Sharpton's National Action Network.

13        6.     Defendants NAACP, National Urban League, Al Sharpton and

14   National Action Network entered into the MOUs in order to facilitate Comcast's

15   racist practices and policies in contracting—or, more accurately, refusing to

16   contract—with 100% African American–owned media companies.  The MOUs are a

17   sham, undertaken to whitewash Comcast's discriminatory business practices.

18   Comcast uses the MOUs to perpetuate discrimination against 100% African

19   American–owned media in contracting for channel carriage and advertising.[1]

20        7.     In fact, to date, the only 100% African American–owned channel

21   Comcast has agreed to broadcast is the Africa Channel, with only limited

22   distribution and channel carriage fees.  But the Africa Channel is owned by Paula

23   Madison, the former Executive Vice President and Chief Diversity Officer of

24   Comcast/NBC-Universal, who was directly involved in putting together the sham

25   _____

26   [1] A carriage agreement is a contract between a multichannel video programming
     distributor, such as Comcast and Time Warner Cable, and a video programming
27   vendor, like Entertainment Studios, granting the distributor the right to "carry," that
     is, distribute, the programmer's content.
28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   MOUs and obtaining government approval for the Comcast acquisition of NBC

2   Universal, thus creating a serious conflict of interest.  In other words, aside from a

3   channel that is owned and operated by the former Comcast/NBC-Universal

4   executive who authored the MOUs, Comcast has not launched a single 100%

5   African American–owned channel—by way of the MOUs or otherwise.

6       8.    To obtain support for the NBC-Universal acquisition and for its

7   continued racist policies and practices, Comcast made large cash "donations" to the

8   non-media groups that signed the MOUs.  For example, Comcast has paid Reverend

9   Al Sharpton and Sharpton's National Action Network over $3.8 million in

10   "donations" and as salary for the on-screen television hosting position on MSNBC

11   that Comcast awarded Sharpton in exchange for his signature on the MOUs, another

12   blatant example of conflict of interest.  But Sharpton and his organization, like all of

13   the other groups that entered into the sham MOUs with Comcast, are not television

14   channel owners and do not operate in the television channel business.  They do not

15   produce original television programming, or operate television channels, unlike

16   Entertainment Studios, which does both.

17       9.    Ironically, as widely reported in major news outlets such as *The New

18   York Times*, Comcast spent millions of dollars to pay non-media civil rights groups

19   to support its acquisition of NBC-Universal, while at the same time refusing to do

20   business with 100% African-American owned media companies.  These payments

21   were a ruse made with an ulterior motive:  To make Comcast look like a good

22   corporate citizen while it steadfastly refused to contract with 100% African

23   American–owned channels.

24       10.    With the MOUs in hand, Comcast proceeded to segregate white-owned

25   media businesses and 100% African American–owned media businesses, by

26   creating two separate paths for contracting for channel carriage: one for white-

27   owned channels (the "White Process"); and a separate, but not equal, process for

28   100% African American–owned channels (the "MOU/Minority Process").

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

11.   The MOU/Minority Process and the White Process are distinctly unequal.  Comcast limits the number of carriage agreements it will enter into through the MOU/Minority Process and offers inferior contracting terms.  By relegating 100% African American–owned media to the MOU/Minority Process, Comcast thereby affords them inferior or no contracting opportunities.

12.   Comcast refuses to treat 100% African American–owned media companies, including Entertainment Studios, the same as similarly-situated white-owned media companies.  Comcast has admitted that it is "impressed" by Entertainment Studios' programming and channels, but has relegated Entertainment Studios to the MOU/Minority Process, excluding Entertainment Studios from obtaining carriage like its white counterparts.

13.   Comcast has, in essence, created a "Jim Crow" process with respect to licensing channels from 100% African American–owned media.  Comcast has reserved a few spaces for 100% African American–owned media in the "back of the bus" while the rest of the bus is occupied by white-owned media companies.  This is the epitome of racial discrimination in contracting.

14.   100% African American–owned channels are being denied the same opportunity to contract with Comcast as white-owned channels.  Comcast is intentionally treating 100% African American–owned media differently on account of race.

15.   Comcast's racial animus is also demonstrated by its own statements: On one of the many occasions when Entertainment Studios attempted to contract with Comcast, a Comcast executive told Entertainment Studios: "We're not trying to create any more Bob Johnsons," *i.e.*, no more pay days for Black media entrepreneurs.

16.   Bob Johnson is an African American and the founder of Black Entertainment Television ("BET"), a television network targeting African American audiences.  In 2001, Mr. Johnson sold BET to Viacom for $3 billion.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

17.     Comcast refused to negotiate with Entertainment Studios because Comcast did not want to create any more successful Black media entrepreneurs, like Bob Johnson.  Entertainment Studios has been rejected in its attempts to contract with Comcast because its founder and owner, Byron Allen, is African American.

18.     Comcast has discriminated, and is discriminating, against Entertainment Studios on account of race, in violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981.  Defendants NAACP, National Urban League, Al Sharpton and National Action Network conspired with Comcast to violate Entertainment Studios' civil rights by entering into sham "diversity" agreements that enable Comcast to perpetuate its racist policies and practices.  White-owned channels are not relegated to the MOU/Minority Process and are not denied carriage on account of Comcast claiming that it has met its "diversity obligations" under the MOU/Minority Process.  The sham MOUs have perpetuated the Comcast agenda whereby 100% African American-owned media companies receive less than $3 million of the $15 billion Comcast spends annually on channel carriage and advertising.

19.     Comcast has engaged in, and is engaging in, pernicious, intentional racial discrimination in contracting, which is illegal under Section 1981.  Section 1981 is broad, covering "the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship."

20.     The "diversity" commitments Comcast made through the MOUs are fraudulent.  The MOUs were purportedly intended to result in the launch of so-called "minority" networks.  In reality, the networks Comcast has launched pursuant to the MOUs are owned, controlled, and backed by white-owned media and money.  And Comcast still refuses to launch any 100% African American–owned media channels, other than one that is owned and operated by the former Comcast/NBC-Universal executive who oversaw the execution of the MOUs.

21.     White-owned media in general—and Comcast in particular—has worked hand-in-hand with governmental regulators to perpetuate the exclusion of 100% African American–owned media from contracting for channel carriage and advertising.  This has been done through, among other things, the use of "token fronts" and "window dressing"—African American celebrities posing as "fronts" or "owners" of so-called "Black cable channels" that are actually majority owned and controlled by white-owned businesses.

22.     For example, one of the "Black channels" is actually owned by Highbridge Capital, which is run by a former Comcast executive, Payne Brown. Highbridge Capital is also a subsidiary of JP Morgan, whose Board of Directors includes Comcast's President and COO, Steve Burke.   The other "Black channel" is actually owned by Intermedia Partners, which is owned/controlled by Leo Hindery, a long-time friend of Comcast's CEO, Brian Roberts.

23.     Similarly, as one of its MOU "commitments" to the Hispanic community, Comcast launched "Baby Americas," a non–Hispanic owned channel. Bill Burke—brother of Comcast's President and COO, Steve Burke—is on the Board of Directors of Baby Americas, which is further evidence of Comcast's blatant conflict of interest and an example of how Comcast uses the MOUs to conduct racial discrimination in contracting, while also benefitting insiders and family members.

24.     Comcast is now proposing to acquire Time Warner Cable for $45 billion.  If this deal is approved by government regulators, it would combine the country's two biggest cable TV operators.  The combined Comcast / Time Warner Cable entity would control approximately a third of the U.S. pay-television market (*i.e.*, 30 million subscribers out of 100+ million), including 16 of the top 20 advertising markets in the country, such as New York, Los Angeles and Chicago.

25.     The proposed acquisition is part of a growing national trend of media consolidation that will further concentrate racial discrimination in contracting and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

COMPLAINT

1  eliminate diverse voices, contrary to the public interest and in violation of the First

2  Amendment to the U.S. Constitution.

3      26.     Comcast is a major player in Washington, D.C. and has used its clout

4  and money to buy approval for its acquisitions and sweep its racist practices under

5  the rug.  Comcast's chief lobbyist and executive vice president, David Cohen, is a

6  powerful political fundraiser and the mastermind behind Comcast's many conflicts

7  of interest recounted herein.  Mr. Cohen has attended state dinners at the White

8  House honoring foreign dignitaries and has had President Obama as a guest in his

9  home on so many occasions that the President recently joked, "I have been here so

10  much, the only thing I haven't done in this house is have Seder dinner."  Mr.

11  Cohen's boss, Comcast's Chairman, Brian Roberts, plays golf with the President

12  regularly and Comcast has raised millions of dollars for the elections of President

13  Obama.

14      27.     Comcast is devious in its manipulations:  It influenced and secured

15  favorable votes from government regulators—including Federal Communications

16  Commission ("FCC") commissioner Defendant Meredith Attwell Baker—for

17  approval of the Comcast/NBC-Universal transaction; and then hired Baker as a

18  highly paid executive almost immediately after the deal was approved as a result of

19  her vote.  This is the very definition of conflict of interest and a blatant betrayal of

20  the public trust by a highly placed governmental regulator.

21      28.     100% African American–owned media has been shut out by Comcast.

22  Of the approximately $11 billion in channel carriage fees that Comcast pays to

23  license television channels each year, less than $3 million is paid to 100% African

24  American–owned media.  Nor does 100% African American–owned media see

25  much, if any, of the additional, approximate $4 billion Comcast spends each year on

26  advertising.

27      29.     Outside of the Africa Channel deal, Time Warner Cable does not

28  distribute any channels that are owned and operated by 100 % African American–

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

owned media.  And in the face of the pending merger between Comcast and Time Warner Cable, Time Warner Cable has delegated channel carriage decision-making to Comcast—"gun jumping" the consummation of the Comcast / Time Warner Cable merger in violation of federal antitrust laws.  Time Warner Cable has thus adopted and agreed with Comcast's racist policies and practices in connection with contracting for channel carriage, including the dual paths for carriage (*i.e.* the White Process vs. the MOU/Minority process).

30.    African Americans comprise 13% of the U.S. population and represent more than $1 trillion in consumer spending power, yet 100% African American–owned media companies cannot get Comcast or Time Warner Cable to distribute their channels on their television systems.  While Comcast and Time Warner Cable, two of the world's largest media companies, extract billions from African American consumers, they refuse to contract with, and present their television subscribers with, channels from 100% African American–owned media companies—including Entertainment Studios.  Instead, Comcast and Time Warner Cable exclude 100% African American–owned media companies from contracts for channel carriage and advertising.

28.    This lawsuit is brought pursuant to § 1981 of the Civil Rights Act, which provides that all persons in the United States shall have the same right to make and enforce contracts as is enjoyed by white persons.  Section 1981 prohibits racial discrimination in contracting and applies to both non-governmental and governmental discrimination.

29.    Racial discrimination in contracting is an ongoing practice in the media industry.  NAAAOM seeks to eliminate this discrimination, and to obtain equality in contracting for 100% African American–owned media.

30.    As alleged herein, Entertainment Studios—a member of NAAAOM—is being discriminated against on account of race in violation of 42 U.S.C. § 1981. Entertainment Studios thus has standing to seek redress for such violations in its

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

8
COMPLAINT

own right.  The interests at stake in this litigation—namely, the right of 100% African American–owned media to make and enforce contracts in the same manner as their white-owned counterparts—are germane to NAAAOM's purpose.  Because NAAAOM seeks only injunctive relief, the individual participation of its members is not required.

31.  Defendants' ongoing refusal to contract with Entertainment Studios constitutes unlawful racial discrimination in violation of § 1981, for which Entertainment Studios seeks to recover monetary damages resulting from Defendants' racial discrimination.  Plaintiffs NAAAOM and Entertainment Studios also seek injunctive relief prohibiting Defendants from discriminating against African American–owned media companies on the basis of race in contracting for channel carriage and advertising.

## PARTIES, JURISDICTION AND VENUE

### A.  Plaintiffs

32.  Historically, because of the lack of distribution/advertising support and economic exclusion, 100% African American–owned media has been forced either to (i) give away significant equity in their enterprises, (ii) pay exorbitant sums for carriage, effectively bankrupting the business, or (iii) go out of business, all pushing 100% African American–owned media to the edge of extinction.

33.  Plaintiff NAAAOM is a California limited liability company, with its principal place of business in Los Angeles, California.

34.  NAAAOM was created and is working to obtain for 100% African American–owned media the same contracting opportunities as their white counterparts for distribution, channel carriage, channel positioning and advertising dollars.  Its mission is to secure the economic inclusion of truly 100% African American–owned media in contracting, the same as white-owned media.

35.  Plaintiff Entertainment Studios Networks, Inc. is a California corporation, with its principal place of business in Los Angeles, California.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    Entertainment Studios is a 100% African American–owned television production

2    and distribution company.  It is the only 100% African American–owned video

3    programming producer and multi-channel operator/owner in the United States.

4         36.    Entertainment Studios was founded in 1993 by Byron Allen, an African

5    American actor / comedian / media entrepreneur.  Allen first made his mark in the

6    television world in 1979, when he was the youngest comedian ever to appear on

7    "The Tonight Show Starring Johnny Carson."  He thereafter served as the co-host of

8    NBC's "Real People," one of the first reality shows on television.  Alongside his

9    career "on-screen," Allen developed a keen understanding of the "behind the

10   scenes" television business, and over the past 22+ years he has built Entertainment

11   Studios into a successful, independent media company.

12        37.    Entertainment Studios has carriage contracts with more than 40

13   television distributors nationwide, including major distributors such as Verizon,

14   Century Link, and RCN.  These television distributors broadcast Entertainment

15   Studios' networks to their combined 7.5 million subscribers.

16        38.    Entertainment Studios owns and operates seven, high definition

17   television networks (channels), six of which were launched to the public in 2009 and

18   one in 2012.  Entertainment Studios produces, owns, and distributes over 32

19   television series on broadcast television, with thousands of hours of video

20   programming in its library.  Entertainment Studios' shows have been nominated for,

21   and won, the Emmy award.  A copy of an Entertainment Studios promotional

22   presentation highlighting key aspects of the company and the programming it

23   produces is attached hereto as **Exhibit A**.

24        39.    In December 2012, Entertainment Studios launched "Justice Central," a

25   24-hour, high definition court/informational channel featuring several Emmy-

26   nominated and Emmy-award winning legal/court shows.  After just two years,

27   Justice Central has already proved itself a successful, high-demand channel.  Justice

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  Central has boasted tremendous ratings growth across key television viewing

2  periods and demographics.

3  **B.**    **Defendants**

4      40.    Comcast Corporation is a Pennsylvania corporation, with its principal

5  place of business in Philadelphia, Pennsylvania.  Comcast also has an office, is

6  registered to do business and operates in Los Angeles, California.

7      41.    Time Warner Cable, Inc. is a Delaware corporation, with its principal

8  place of business in New York, New York.  Time Warner Cable also has an office,

9  is registered to do business and operates in Los Angeles, California.

10     42.    National Association for the Advancement of Colored People

11  ("NAACP") is a New York not-for-profit corporation, with national headquarters in

12  Baltimore, Maryland.  NAACP also has a regional branch that has an office and

13  operates in Los Angeles, California.

14     43.    National Urban League, Inc. is a New York not-for-profit corporation,

15  with its principal place of business in New York, New York.  National Urban

16  League also has a regional affiliate that has an office, is registered to do business

17  and operates in Los Angeles, California.

18     44.    Reverend Al Sharpton is an individual residing in New York, New

19  York.  Sharpton is the founder and President of Defendant National Action

20  Network, Inc.

21     45.    National Action Network, Inc. is a New York not-for-profit

22  corporation, with its principal place of business in Harlem, New York.  National

23  Action Network also has a regional chapter that has an office, is registered to do

24  business and operates in Los Angeles, California.

25     46.    Meredith Attwell Baker is a former FCC Commissioner and is an

26  individual residing in Washington, D.C.

27     47.    Plaintiffs are informed and believe, and on that basis allege, that

28  Defendants DOES 1 through 10, inclusive, are individually and/or jointly liable to

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   Plaintiffs for the wrongs alleged herein.  The true names and capacities, whether

2   individual, corporate, associate or otherwise, of Defendants DOES 1 through 10,

3   inclusive, are unknown to Plaintiffs at this time.  Accordingly, Plaintiffs sue

4   Defendants DOES 1 through 10, inclusive, by fictitious names and will amend this

5   Complaint to allege their true names and capacities after they are ascertained.

6   **C.    Jurisdiction & Venue**

7        48.    This case is brought under a federal statute, Section 1981 of the Civil

8   Rights Act; as such, there is federal question jurisdiction under 28 U.S.C. § 1331.

9   Venue of this action is proper in Los Angeles because Defendants reside in this

10  district, as defined in 28 U.S.C. § 1391; and the acts in dispute were committed in

11  this district.

12                                    **FACTS**

13  **A.    Racial Discrimination In Contracting**

14       49.    Comcast is a global media giant.  It owns NBC Television, Universal

15  Pictures, Universal Studios, multiple (approximately 30) pay television channels

16  (*e.g.*, USA Network, Bravo Network, E! Network, etc.), and it is the largest cable

17  company and internet service provider to consumers in the United States.  Comcast

18  provides subscription television services to approximately 22 million subscribers—

19  more than any other cable television distributor in the United States.

20       50.    Comcast collects billions of dollars from its television subscribers

21  annually.  A substantial portion comes from African American consumers.

22       51.    Racial discrimination in contracting is an ongoing practice in the media

23  industry with far-reaching adverse consequences.  It effectively excludes 100%

24  African American–owned media companies and African American individuals, and

25  their diverse viewpoints, from the public airwaves, which is distinctly not in the

26  public interest.

27       52.    100% African American–owned media has been shut out from doing

28  business with Comcast despite significant efforts to do so.  Like many other 100%

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400     FAX: (310) 552-8400

African American–owned channels that have tried to secure cable carriage during Comcast's 50+ year history, Entertainment Studios has had multiple meetings for channel carriage with Comcast but, like all of the others, to no avail.

53.     In the more than six years Entertainment Studios has been reaching out to Comcast for carriage, Comcast has given Entertainment Studios the false impression that its channels are on Comcast's "short list," and provides a variety of different excuses for its refusal to carry any of Entertainment Studios' channels. Comcast has been playing a game of "whack-a-mole" with Entertainment Studios— each time Entertainment Studios jumps a pretextual hurdle created by Comcast (*e.g.*, Comcast executive, Jennifer Gaiski, required Entertainment Studios to present empirical data and secure support "in the field" so that she could present such material to Comcast senior management, Greg Rigdon and Neil Smit), Comcast replaces it with a new obstacle.  Although Entertainment Studios has complied with each of Comcast's demands, Comcast still refuses to launch any 100% African American–owned channels, including Entertainment Studios' channels.

54.     For example, despite the demonstrated success of Entertainment Studios' Justice Central on their competitors' television platforms, both Comcast and Time Warner Cable (at the order of Comcast) refuse to license Justice Central for carriage on their television platforms.  Justice Central's double- to triple-digit ratings growth outperformed the vast majority of networks that Comcast and Time Warner Cable pay substantial license fees to carry.  Indeed, between the first quarter of 2013 and the fourth quarter of 2014, Justice Central boasted huge ratings growth on AT&T's television platform, as follows:

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1

2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

<u>Justice Central – AT&T U-Verse Ratings Growth</u>

| <u>Daypart:</u> | <u>Air Time:</u> | <u>% Growth 1st Qtr. 2013 to 4th Qtr. 2014:</u> |
|---|---|---|
| Early Fringe | 4-7pm | +38% |
| Prime Access | 7-8pm | +21% |
| Prime | 8-11pm | +53% |
| Late Fringe | 11pm-2am | +552% |
| Overnight | 2-6am | +295% |

55.    Of the approximately $10 billion in content fees that Comcast pays to license channels and advertise each year, less than $3 million is paid to 100% African American–owned media.  Even the token payments Comcast makes to 100% African American–owned media companies are a charade.  Comcast pays minimal amounts to license and distribute the Africa Channel, which is owned and operated by a former Comcast/NBC-Universal executive/insider and one of the architects of the MOUs Comcast uses to perpetuate its racial discrimination in contracting.

56.    Time Warner Cable likewise discriminates against 100 % African American–owned media.  Following the announcement of the Comcast / Time Warner Cable merger, in May 2014, a Time Warner Cable board member told Entertainment Studios that any channels to be launched on Time Warner Cable's television platforms needed to be expressly approved by Comcast's David Cohen— such conduct constitutes "gun jumping" in violation of federal antitrust law.  In other words, Time Warner Cable has delegated channel carriage decision-making authority to Comcast and has adopted and agreed with Comcast's racist policies and practices in contracting for carriage, including the dual paths to carriage (*i.e.*, the White Process and the MOU / Minority Process).

57.    Comcast programming executive, Jennifer Gaiski, asked Entertainment Studios who it was in discussions with at Time Warner Cable about launching its

1 channels.  Soon after Entertainment Studios disclosed that it had advanced

2 negotiations with Time Warner Cable executive, Melinda Witmer (who was

3 presenting Entertainment Studios' information to Time Warner Cable President and

4 COO, Robert Marcus), Entertainment Studios' channel launch opportunity was shut

5 down by Time Warner Cable under orders from Comcast.  Based on Comcast's

6 instructions, Entertainment Studios has not heard anything further from Time

7 Warner Cable.

8          58.    By virtue of this exclusion by both Comcast and Time Warner Cable,

9 100% African American ownership in mainstream media is nearly extinct; and this

10 exclusion is self-perpetuating.

11 **B.       The MOUs Are Fraudulent Shams**

12          59.    In collusion with the FCC and non-media civil rights advocacy groups,

13 Comcast has manipulated ways to perpetuate its exclusion of 100% African

14 American–owned channels.

15          60.    In 2010, Comcast announced plans to merge with NBC-Universal.

16 Opponents of the merger voiced concerns about the lack of diversity in Comcast's

17 channel offering; Comcast did not distribute any channels owned by 100% African

18 American–owned media companies.

19          61.    As with the pending Comcast / Time Warner Cable merger, the

20 Comcast/NBC-Universal merger was subject to regulatory approval by the FCC and

21 the Department of Justice.  Comcast's racist practices and policies jeopardized the

22 approval of the NBC-Universal acquisition.

23          62.    As has been well documented in the media, in order to gain approval of

24 its acquisition of NBC-Universal, Comcast "stacked the deck."  It colluded with

25 government regulators and conspired with and paid off non-media civil rights

26 groups in order to secure their compensated support and silence its critics.

27          63.    Just 90 days after the FCC approved the Comcast/NBC-Universal

28 transaction, Meredith Attwell Baker, one of only three FCC commissioners who had

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

voted in favor of the merger, was hired as a Senior Vice President at Comcast. Comcast rewarded this helpful government regulator with an executive position and a substantially higher salary after she used her power at the FCC to Comcast's benefit.  This executive position and compensation package clearly would not have been granted by Comcast had Ms. Baker voted against the merger.  This is another blatant and horrific conflict of interest and betrayal of the public trust.

64.     Comcast has given millions in monetary "contributions" to various minority special interest groups in order to "buy" support for its expansion. Comcast "donated" funds to at least 54 different groups that went on publicly to endorse the Comcast/NBC-Universal deal by sending Comcast-authored letters to the FCC or by entering into fraudulent, sham MOUs with Comcast.

65.     The MOUs were given the appearance of legitimacy because they were approved by minority interest groups—NAACP, National Urban League, and Al Sharpton's National Action Network, none of which own or operate any television channels, and all of which accepted large donations/pay-offs for their signatures. This is another blatant and horrific conflict of interest and betrayal of the public's trust.

66.     Each of the signatories to the MOU between Comcast and the "African American Leadership Organizations" were paid by Comcast in the time leading up to the Comcast/NBC-Universal deal.  Comcast paid $30,000 to the NAACP, $835,000 to the National Urban League, and $140,000 to Al Sharpton's National Action Network.  Comcast also paid hundreds of thousands of dollars to the National Urban League's various regional affiliates.  This is yet another blatant conflict of interest and betrayal of the public trust.

67.     In addition to its payments to Al Sharpton's National Action Network, Comcast gave Al Sharpton a prime-time television series with Sharpton as host on Comcast's MSNBC, for which Sharpton has been paid approximately $750,000 per year according to public records.  Despite the notoriously low ratings that

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Sharpton's show generates, Comcast has allowed Sharpton to maintain his hosting position for more than three years in exchange for Sharpton's continued public support for Comcast on issues of diversity.

68.     Sharpton has a business model and track record of obtaining payments from corporate entities in exchange for his support.  Sharpton is a vocal member of the African-American community whose public support can be secured for a price.  The National Legal & Policy Center has stated that Sharpton "specializes in shakedowns" of corporations—either they "contribute" thousands of dollars to Sharpton's National Action Network or risk losing Sharpton's support and influence in the African-American community.  Sharpton has even gone so far as to organize boycotts and protests against companies unless and until those companies make monetary contributions to his National Action Network; but once the money comes in, the protests cease.

69.     Comcast paid Sharpton so that he would publicly endorse the NBC-Universal deal and divert attention away from Comcast's racial discrimination in contracting.  In exchange, Sharpton's National Action Network and other non-media minority interest groups supported Comcast before the FCC with very little understanding about the merger they were supporting or expertise in the media business.

70.     In exchange for these payouts and other favors, Defendants NAACP, National Urban League, Al Sharpton and his National Action Network agreed to enter into sham "diversity agreements"—MOUs—for the purpose of facilitating Comcast's racial discrimination in contracting.  Defendants NAACP, National Urban League, and Al Sharpton's National Action Network signed onto the MOUs with Comcast knowing—and agreeing—that Comcast would use the MOUs to perpetuate civil rights violations against 100% African American–owned media companies, including Entertainment Studios.

71.     Pursuant to the fraudulent MOUs, Comcast purportedly agreed to enhance its programming diversity by increasing the number of minority-owned networks it distributes.  In reality, the MOUs are a smokescreen for Comcast's racially discriminatory business practices including, specifically, its refusal to contract for channel carriage or advertising with 100% African American–owned media.

72.     NAACP, National Urban League, Sharpton, and National Action Network knew (and agreed) that Comcast would use the MOUs as a vehicle to perpetuate its racial discrimination in contracting.  In particular, Defendants entered into the MOUs knowing that by doing so, Entertainment Studios, and other 100% 100% African American–owned media companies, would be shut out from contracting with Comcast for carriage.

73.     In light of the widespread concerns about Comcast's failure to do business with African American–owned media companies, Comcast had a problem. The sham MOUs solved it:  Through the MOUs, Comcast purportedly agreed to enter into carriage agreements with minority-owned media companies, but the channels that were ultimately launched were fronts and were not truly 100% African American owned.

74.     Without the MOUs, Comcast would have had to actually do business with 100% African American–owned media companies in order to persuade the government to approve its merger with NBC-Universal.  And without wielding the MOUs, Comcast would have had no other way to legitimize its racist practices, and would instead have to contract in good faith with 100% African American–owned media companies, such as Entertainment Studios.

75.     Entertainment Studios' programming has proved popular among viewers, and even has garnered Emmy nominations and wins.  Entertainment Studios sells its channels to dozens of other programming distributors and television stations, which distribute Entertainment Studios' channels to more than 7.5 million

18

COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   subscribers.  Comcast has even acknowledged that Entertainment Studios' channels

2   are good enough for carriage on its television platforms.

3       76.     Pursuant to the MOUs, Comcast has launched two supposedly African

4   American–owned channels.  But, by design, these channels are not 100%, or even

5   majority-owned/controlled, by African Americans.

6       77.     The African American–owned channels that Comcast has launched are

7   backed and controlled by white-owned businesses.  Comcast has given African

8   American celebrities token ownership interests in those channels to serve as

9   figureheads in order to cover up its racial discrimination in contracting.

10       78.     Entertainment Studios did not know that Comcast was using the MOUs

11   as a vehicle to perpetuate racial discrimination in contracting until recently.  In

12   November 2014, Entertainment Studios first discovered that Comcast had set up

13   dual paths for negotiating for carriage (one for white-owned media and one for

14   African American–owned media) when it was told by Comcast that it would be

15   relegated to the MOU/Minority Process.

16       79.     In November 2014, a Comcast executive told Entertainment Studios

17   that although its channels were good enough for carriage on Comcast's platform,

18   Entertainment Studios would have to wait to be part of the "next round of [MOU]

19   considerations," *i.e.*, the MOU/Minority Process.  In other words, Comcast told

20   Entertainment Studios that it would consider contracting to carry Entertainment

21   Studios' channels only to the extent that the carriage agreement would satisfy

22   Comcast's obligation to launch minority-owned networks pursuant to the MOUs.

23   But the MOU/Minority Process has never resulted in the launch of 100% African

24   American–owned channels.

25       80.     Entertainment Studios is restricted to applying for carriage with

26   Comcast via the MOU/Minority Process not because of the nature of its channels—

27   which are broad market with global appeal, and do not target African American

28   viewers—but because it is 100% African American–owned.  But for the existence of

the MOUs, it is reasonably probable that Comcast would have contracted with Entertainment Studios for carriage.

81.  For racial reasons alone, Entertainment Studios is forced to participate in a discriminatory process.  This is racial discrimination in contracting, which constitutes a violation of 42 U.S.C. § 1981.

82.  The MOUs enable Comcast to tout a non-existent "commitment" to racial diversity, without granting 100% African American–owned media access to Comcast's national television platform.  All the MOUs have done is allow Comcast to legitimize its racist policies and practices so it can continue to refuse to do business with 100% African American–owned media.

83.  According to Comcast, Entertainment Studios must go through the MOU/Minority Process for obtaining channel carriage.  This prevents 100% African American–owned media businesses, like Entertainment Studios, from being treated fairly and equally to their white-owned/controlled counterparts.

84.  The MOUs thus enhance Comcast's discriminatory practices against 100% African American–owned channels.  Comcast has used the MOUs to create a segregated and unequal path for 100% African American–owned channels to contract.

85.  By contrast, white-owned media companies are able to contract with Comcast for carriage at any time via the White Process.  Comcast refuses to contract with 100% African American–owned media companies—such as Entertainment Studios—through the White Process.  The MOU/Minority Process constitutes intentional discrimination on its face.

86.  In addition to these racial restrictions, Entertainment Studios faces further inequities in the terms and conditions Comcast offers to the channels it chooses through the MOU/Minority Process.  Comcast has historically offered shorter-term deals and little, if any, in licensing fees to the channels it launches through the MOU/Minority Process.  These less favorable contracting terms make it

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    difficult—if not impossible—for the channels launched through the MOU/Minority

2    Process to succeed.

3         87.     By its words and actions, Comcast has made clear that it does not want

4    to, and will not, contract with Entertainment Studios—the only 100% African

5    American owned program provider/multi-channel owner in the country—unless

6    government regulators force Comcast to do so.

7         88.     Comcast has used other phony excuses to justify its racial

8    discrimination.  For example, it claims that it does not have the bandwidth to

9    accommodate Entertainment Studios' channels or that it is not a buyer of new

10    channels.  But it has entered into carriage agreements with other, similarly situated

11    white-owned channels.

12         89.     Comcast further claims that there is no demand for Entertainment

13    Studios' channels, but that is belied by the facts: Entertainment Studios' channels

14    are distributed by other national television providers who are competitors of

15    Comcast; and Entertainment Studios' Justice Central network has shown

16    tremendous ratings growth.

17         90.     Comcast also claims that it is interested in adding carriage only for

18    news and sports channels.  This is yet another phony excuse.  Comcast has added

19    other, non-news, non-sports channels while simultaneously refusing to contract with

20    Entertainment Studios.

21         91.     Comcast's refusal to contract with 100% African American–owned

22    media, its implementation of dual paths for carriage (*i.e.*, one path for white-owned

23    media and a separate "MOU/Minority Process" for African-American owned

24    media), and its pretextual excuses evidence racist policies and practices in violation

25    of Section 1981.

26    **C.**    **Comcast's Racial Animus**

27         92.     A major television channel distributor, like Comcast, has unique power

28    to limit the viewpoints available in the public media.  Comcast limits the diversity of

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    television programming available to its subscribers by refusing to contract with

2    100% African American–owned media.

3        93.    Comcast rejects 100% African American–owned channel vendors in

4    favor of white-owned channel vendors.  As set forth above, Comcast blocks entry

5    into its television platform for 100% African American–owned media.

6        94.    Entertainment Studios has been trying for more than six years to

7    contract with Comcast for carriage of one or more of Entertainment Studios' seven

8    channels.  Comcast has refused and strung Entertainment Studios along.

9        95.    On one of the many occasions on which Entertainment Studios reached

10   out to Comcast, a Comcast executive stated that Comcast was "not going to create

11   any more Bob Johnsons."  In other words, Comcast stated it did not want to see

12   another 100% African American–owned media company and channel owner, like

13   Mr. Johnson, succeed.

14       96.    By this lawsuit, Plaintiffs seek the same treatment in contracting for

15   Entertainment Studios as Comcast provides to white-owned channels; and

16   Entertainment Studios seeks damages as a result of racial discrimination in

17   contracting.

18   **D.    The Comcast / Time Warner Cable Merger**

19       97.    In February 2014, Comcast announced plans to acquire Time Warner

20   Cable for $45 billion.  The deal was approved by the boards of both companies, but

21   as with the Comcast/NBC-Universal transaction, it faces regulatory approval by the

22   FCC and the Department of Justice.

23       98.    Time Warner Cable currently provides cable television service to

24   approximately 12 million subscribers.  If the merger is approved by regulators, the

25   combined Comcast and Time Warner Cable entity will serve approximately 30

26   million customers.

27       99.    Post-merger, Comcast will control a huge percentage of the market for

28   television channel distribution and broadband internet.  It will have an even larger

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1  market share than AT&T will have if AT&T completes its pending acquisition of

2  DirecTV.

3      100.   This pay-TV merger, like the proposed AT&T acquisition of DirecTV,

4  will result in more consolidation (and thus fewer options) in the industry.  This

5  affects not only subscribers, but also 100 % African American–owned channels.

6      101.   In many cities where Comcast and Time Warner Cable have a share of

7  the television distribution market, African Americans comprise a large part of the

8  population.  However, the availability of channels wholly owned by African

9  Americans on Comcast's and Time Warner Cable's systems does not remotely

10 reflect either company's subscriber base or viewership makeup.

11     102.   Although Comcast's and Time Warner Cable's African American

12 subscribers pay billions of dollars in yearly subscriber fees, Comcast and Time

13 Warner Cable spend a combined $25 billion per year licensing channels and

14 advertising their services, with less than $3 million being paid to 100% African

15 American–owned media for either channel carriage or advertising.

16     103.   Channel owners, like Entertainment Studios, are reliant upon the

17 services of television channel distributors, like Comcast and Time Warner Cable,

18 not only to realize television subscriber revenue, but also to reach television

19 consumers themselves.  By virtue of its control over the television distribution

20 platform, Comcast effectively has control over the programming available to

21 television viewers.  If Comcast gets even bigger by acquiring Time Warner Cable, it

22 will effectively control the channels and programs available to one-third of

23 television viewers in the United States.  Thus, if Comcast and Time Warner Cable

24 continue to refuse to contract with 100% African American–owned media, they can

25 prevent 100% African American–owned channels from reaching their 30 million

26 subscribers.

27     104.   Presently, Comcast spends upwards of approximately $11 billion in

28 channel carriage fees each year.  Time Warner Cable spends approximately $9

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   billion in channel carriage fees each year.  If Comcast's bid is approved, of the

2   almost $20 billion spent for channel carriage by the combination of Comcast and

3   Time Warner Cable, less than $3 million per year will be used to license (and

4   broadcast to Comcast and Time Warner Cable's 30 million subscribers) channels

5   from 100% African American–owned media.  Meanwhile, Comcast and Time

6   Warner Cable will continue to collect billions of dollars from television subscribers

7   annually, a substantial portion coming from African Americans.

8        105.   Comcast's 30% market share post-merger will include 16 of the top 20

9   advertising markets, including Los Angeles, New York and Chicago.  Yet of the

10  approximately $4 billion a year spent on television advertising by Comcast and

11  Time Warner Cable, less than $3 million per year will be paid to 100% African

12  American–owned media.

13       106.   There is a statistic that highlights the inequity here:  Comcast's

14  Chairman, Brian L. Roberts, was paid $31 million in compensation in 2013 alone—

15  ten times more than all of Comcast paid to 100% African American–owned media

16  for channel carriage and advertising combined during the same period.

17  Additionally, the CEO of Time Warner Cable during the same period (2013) was

18  paid approximately $118 million, or more than 39 times the amount all of Time

19  Warner Cable paid to 100% African American–owned media for channel carriage

20  and advertising.

21       107.   Entertainment Studios is being discriminated against on account of race

22  in connection with contracting in violation of the Civil Rights Act.  Without access

23  to viewers and without licensing fees and advertising revenues from the largest

24  video programming distributors in the country, this 100% African American–owned

25  media business is being severely damaged.

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## FIRST CAUSE OF ACTION: VIOLATION OF CIVIL RIGHTS
## (42 U.S.C. § 1981)

**NAAAOM and Entertainment Studios Against Comcast & Time Warner Cable**

**A.     Section 1981**

108.   NAAAOM refers to and incorporates by reference each foregoing and subsequent paragraph of this Complaint as though fully set forth herein.

109.   Section 1981 of the Civil Rights Act, known as the Civil Rights Act of 1866, provides for the equality of citizens of the U.S. and prohibits racial discrimination in, among other things, contracting.

110.   African Americans are a protected class under Section 1981. Entertainment Studios is a 100% African American–owned media business.

111.   As alleged herein, Entertainment Studios attempted many times over many years to contract with Comcast to carry its channels, but Comcast has refused, providing a series of fraudulent, pretextual excuses.  Yet Comcast has continued to contract with—and make itself available to contract with—similarly situated white-owned television channels.

112.   Comcast has refused to contract with Entertainment Studios for channel carriage and advertising.  Entertainment Studios has been deprived of the right to contract with Comcast by being relegated to the MOU/Minority Process, while white-owned businesses have been afforded the right to contract with Comcast through the more accessible White Process.

113.   Comcast has dealt with Entertainment Studios in a markedly hostile manner and in a manner which a reasonable person would find discriminatory.

114.   Time Warner Cable has likewise refused to contract with Entertainment Studios for channel carriage and advertising.  In light of the pending merger between Comcast and Time Warner Cable, Time Warner Cable has delegated channel carriage decision-making authority to Comcast.  Accordingly, Time Warner Cable engages in the same discriminatory conduct constituting a violation of 42

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400     FAX: (310) 552-8400

1  U.S.C. § 1981 as does Comcast.  Time Warner Cable has adopted and agreed with

2  Comcast's racist policies and practices in connection with contracting for channel

3  carriage, including the dual paths for carriage (*i.e.* the White Process vs. the

4  MOU/Minority process).  After Comcast demanded to know who Entertainment

5  Studios was talking to at Time Warner Cable to get channel carriage, Time Warner

6  suddenly closed the door (at the instruction of Comcast) on negotiations and shut

7  out Entertainment Studios.

8  **B.   Damages**

9       115.   But for Comcast's refusal to contract with Entertainment Studios,

10  Entertainment Studios would receive approximately $378 million in annual license

11  fees for its seven channels—calculated using a conservative license fee of fifteen

12  cents per subscriber per month for each channel for Comcast / Time Warner Cable's

13  30 million subscribers.  If Defendants contracted in good faith, Entertainment

14  Studios would also receive an estimated $200 million per year, per channel, in

15  national advertising sales revenue, or a total of $1.4 billion per year, equaling a

16  combined total of $1.8 billion in annual revenue.

17       116.   Combining subscriber fees and advertising revenue, Entertainment

18  Studios would generate approximately $1.8 billion in annual revenue from its

19  carriage and advertising contracts with Comcast / Time Warner Cable.  Moreover,

20  with distribution on the largest television platform in the nation, the demand for

21  Entertainment Studios' channels both domestically and internationally would

22  increase, leading to additional growth and revenue for Entertainment Studios'

23  channels.

24       117.   Based on the revenue Entertainment Studios would generate if

25  Defendants contracted with them in good faith, Entertainment Studios would be

26  valued at approximately $20 billion.

27       118.   Similarly-situated lifestyle and entertainment media companies are

28  valued at higher amounts.  But for Comcast's and Time Warner Cable's refusal to

M ILLER  B ARONDESS , LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1  contract with Entertainment Studios, Entertainment Studios would have a similar

2  valuation.

3        119.   Accordingly, Comcast's unlawful discrimination has caused

4  Entertainment Studios in excess of $20 billion in damages, according to proof at

5  trial; plus punitive damages for intentional, oppressive and malicious racial

6  discrimination.

7  **SECOND CAUSE OF ACTION: CONSPIRACY TO VIOLATE 42 U.S.C.**

8  **§ 1981**

9  **(42 U.S.C. 1985(3))**

10  **By NAAAOM and Entertainment Studios Against Comcast, NAACP, National**

11  **Urban League, Al Sharpton, National Action Network, and Meredith Attwell**

12  **Baker**

13        120.   NAAAOM refers to and incorporates by reference each foregoing and

14  subsequent paragraph of this Complaint as though fully set forth herein.

15        121.   As set forth above, Comcast has violated 42 U.S.C. § 1981 by

16  discriminating against Entertainment Studios on account of race in connection with

17  contracting.  Comcast has refused to contract with Entertainment Studios for

18  channel carriage and advertising.  Entertainment Studios has been deprived of the

19  right to contract with Comcast by being relegated to the MOU/Minority Process,

20  while white-owned businesses have been afforded the right to contract with

21  Comcast through the more accessible White Process.

22        122.   As described above, Defendants NAACP, National Urban League, Al

23  Sharpton, National Action Network and Meredith Attwell Baker acted as co-

24  conspirators by accepting cash payments, jobs and other favors from Comcast in

25  exchange for their public support and approval of Comcast's racist policies and

26  practices in contracting for channel carriage.   In particular, Defendants intentionally

27  agreed and conspired with each other to discriminate on the basis of race against

28  100% African American–owned media in connection with contracting, in violation

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  of 42 U.S.C. § 1981.  In furtherance of the conspiracy and to accomplish the goals
2  of the conspiracy, Defendant Baker voted in favor of the Comcast / NBC-Universal
3  merger and Defendants entered into sham MOUs, as set forth above.  Defendants
4  knew and agreed that Comcast intended to use the MOUs to discriminate against
5  100% African American–owned media companies in contracting for channel
6  carriage by creating a separate path for carriage.

7       123.   As set forth above, Defendants were motivated by racial animus.

8       124.   As a direct and proximate result of the aforementioned conduct,
9  Entertainment Studios has suffered damages in excess of $20 billion in damages,
10  according to proof at trial; plus punitive damages for intentional, oppressive and
11  malicious racial discrimination.

12                      **PRAYER FOR RELIEF**

13      **WHEREFORE**, Plaintiffs pray for judgment, as follows:

14      1.     Plaintiff Entertainment Studios prays for compensatory, general and
15             special damages in excess of $20 billion according to proof at trial;

16      2.     Plaintiffs NAAAOM and Entertainment Studios pray for injunctive
17             relief prohibiting Comcast from discriminating against 100% African
18             American–owned media companies, including Entertainment Studios,
19             based on race in connection with contracting for carriage and
20             advertising;

21      3.     Plaintiff Entertainment Studios prays for punitive damages, based on
22             oppression and malice, according to Defendants' net worth;

23      4.     Plaintiff Entertainment Studios prays for attorneys' fees, costs and
24             interest; and

25      5.     Plaintiffs NAAAOM and Entertainment Studios pray for such other
26             and further relief as the court deems just and proper.

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    DATED:  February 20, 2015          Respectfully Submitted,

2                                       MILLER BARONDESS, LLP

3

4

5                                       By:    /s/Louis R. Miller

6                                              LOUIS R. MILLER
                                               Attorneys for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1

## **DEMAND FOR JURY TRIAL**

2    Plaintiffs hereby demand trial by jury pursuant to the Seventh Amendment of

3  the United States Constitution.

4

5  DATED:  February 20, 2015          MILLER BARONDESS, LLP

6

7                                     By:  */s/ Louis R. Miller*
                                          LOUIS R. MILLER
8                                         Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Entertainment Studios Networks











## Explore Your Passions



Ex. A
31

# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.

      



Ex. A
32

# The Leader In Television Production

**Founded in 1993 by Byron Allen, Entertainment Studios is the largest independent producer/distributor of television programming, with seven 24/7 HD networks and a library of over 5,000 hours of original content.**










3



# Value-Priced Passion Networks Offered By Over 50 Distributors





















Ex. A
34

# Value-Priced Passion Networks Offered By Over 50 Distributors
















Ex. A
35



Award Winning Court Television

Emmy Nominated

Emmy Award Winner
3 Consecutive Years

Emmy Nominated







## Justice Central - The Home of Emmy Nominated Court Programming

**Justice Central – A new, around-the-clock HD legal and news cable network targeting court programming and justice fans, featuring the biggest names in law.**

- Launched December 10, 2012, Justice Central presents trials and live coverage and analysis of the nation's biggest trials.

- The only cable network destination to feature the second most popular genres in daytime television.

- Target audience:
  - Primary:  Adults 25-54.
  - Secondary:  Adults 35+.

- Our mission is to provide compelling HD legal and news programming, featuring the biggest names and cases in law, targeting ~30M avid Court viewers.

Ex. A
37



# The Unstoppable Judges From Entertainment Studios



**America's Court with Judge Ross**
**Premiered 2010-11**
**America's Court with Judge Ross** is the next generation in Court shows.  Judge Ross shows litigants how they can responsibly deal with their disputes and understand the consequences of their actions.



**We The People with Gloria Allred**
**Premiered 2011-12**
The biggest name in law has assumed the gavel in **We The People with Gloria Allred**.  Gloria Allred has been the real life advocate and leader in conflict resolution, and now she is the star of an explosive Court show.



**Justice For All with Judge Cristina Perez**
**Premiered 2012-13**
Three-time Emmy Award winner Cristina Perez is back on the bench in **Justice For All with Judge Cristina Perez**. Cristina is the ultimate crossover host, who appeals to young and old audiences everywhere.



**Supreme Justice with Judge Karen**
**Premiered 2013-14**
Judge Karen practiced criminal defense law in Miami for 13 years in the Office of the Public Defender, as well as in private practice. Judge Karen Mills-Francis is known for her feisty, full-of-life personality and passionate advocacy for families and children.



**Justice With Judge Mablean**
**Premiered 2014-15**
A former prosecuting attorney and long-time fan favorite, Judge Mablean Ephriam can bring a courtroom to laughter with her tell-it-like-it-is approach. She is well-known for playing the judge in Tyler Perry's Madea comedies and a seven year stint on Divorce Court.

Ex. A
38





# Buckle Up For The Passion Of Cars.TV

**Cars.TV features adrenaline pumping programming about the best cars the automotive industry has to offer:**

- A showcase of the top collectors.
- Top of the line car shows.
- The most luxurious private collections.
- Popular car auctions, custom garages, races and much, much more.



**Private Collections**

Jay Leno
Jerry Seinfeld
John Cena



**Auctions**

Barrett Jackson
Manheim Bonhams



**Car Shows**

Concours d' Elegance
Detroit
Paris



Ex. A
40

# Car Enthusiasts Are Well Established

## Cars.TV's core demographics consist of:



- Adults 35-64.
- College degree / post graduates.
- Have significant buying power; household income averages $93,000/year.
- More likely to own their homes.
- Core audience presents growth opportunities.

Scarborough Prime Lingo.  Respondents: 300.
Target:  watched Speed Channel past week or attended auto show past year.

Ex. A
41



# Accelerate Your Local Automotive Advertising Revenue With Cars.TV

- Cars.TV's content aligns with companies that spend over $15-billion per year on advertising.

- Automotive is the **#1 category by spend – 11%** of the total ad market.



- Car dealerships account for **more than $3.5-billion** in local television advertising, making it the top category for local ad sales.

- The average family spends over 13% of their total expenditures on automotive/transportation; $11,450 annually.

Sources:  WPP's TNS Media Intelligence (www.tns-mi.com).  Spending based on TNS's 18 measured media. Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center.  U.S. Department of Labor statistics – consumer spending

Ex. A
42





Ex. A
43

# Network Audiences Like To Laugh

## Comedy.TV's core audience:



**Will Ferrell**

- Adults 18-49.

- Comedy programming yields an ethnically balanced audience.

- Reaches high income households $100,000/year+.

- Presents an opportunity to upsell subscribers.

- Target and convert competitors' subscribers.

- Audience shows heavy intent to purchase electronics and home entertainment products and services.

Source: Scarborough Prime Lingo.

14

Ex. A
44

**Comedy.tv**

# Unprecedented Access To Talent

Comedy.TV has already shot a 500+ comedians in HD, and has identified over 2,000 comedians to feature in future productions.





Ex. A
45

# Original Stand Up, Talk Shows, And Dating Shows







**Comedy.TV**
Featuring the world's funniest stand ups

**Comics Unleashed**
The talk show where the biggest names in comedy hosted by Byron Allen

**Who Wants To Date A Comedian?**
The hottest new dating show



Ex. A
46

# Original Sitcom – Mr. Box Office

The biggest movie star in the world is sentenced to teach for a year at South Central High School.



**Bill Bellamy**
Marcus Jackson



**Jon Lovitz**
Bobby Gold



**Vivica A. Fox**
Casandra Washington



**Tim Meadows**
Principal Martin



**Gary Busey**
John Anderson



**Rick Fox**
Andrew Thompson

17



# Original Sitcom – The First Family

*The First Family* is a sitcom set in the most famous home in the world, the White House.



**Christopher B. Duncan**
**President William Johnson**



**Kellita Smith**
**First Lady Katherine Johnson**



**Jack'ee Harry**
**Pauletta**



**Marla Gibbs**
**Grandma Eddy**



**John Witherspoon**
**Grandpa Alvin**



**Gladys Knight**
**Grandma Carolyn**

18



Ex. A
48



# There Is An Insatiable Appetite For Movie Stars And Entertainment News

- **ES.TV gives your subscribers unlimited access to the red carpet, breaking entertainment news, and behind-the-scenes of today's blockbusters with A-list stars.**


**Tom Cruise**


**Julia Roberts**


**Denzel Washington**


**Cameron Diaz**


**Gabrielle Union**


**Johnny Depp**


**Salma Hayek**


**John Travolta**



Ex. A
50

## Celebrity And Entertainment Programming Offers Unique Opportunities

- ES.TV's core audience has broad appeal:
  - Core demo: 18-44.
  - Over indexes with multicultural audiences.
  - High income: $50K - $250K.
  - More likely to subscribe to cable & advanced services.

| Race | Vertical | Index |
|------|----------|-------|
| Black / African American | 14.3% | 129 |
| Asian | 3.6% | 112 |
| Other – non-Hispanic | 3.8% | 114 |

Scarborough Prime Lingo. Respondents: 19,226.
Target:  Cable networks/stations watched past 7 days:  E!





# Exclusive Original Entertainment Programming

**ES.TV**
- The daily celebrity magazine show featuring behind-the-scenes, up-close and personal interviews, and up to the minute entertainment news.

**The Gossip Queens**
- A nightly gossip show hosted by comedians Loni Love, Bernadette Pauley, Alec Mapa and Michelle Collins.

**Entertainers with Byron Allen**
- Conversations with the biggest names in Hollywood.


**Leonardo DiCaprio**


**Halle Berry**


**Matt Damon**


**Scarlett Johansson**



Ex. A
52



# Escape And Indulge With MyDestination.TV

- My Destination.TV is your invitation to vacation retreats for couples or the whole family.  Escape and indulge with amazing destinations all over the planet.

- Travel enthusiasts over index in the following categories:
    - Core demo: 25-54.
    - More likely to be married: 58.2%.
    - All high income categories $25K - $250K +.
    - Home ownership.
    - Advanced and bundled services.





Scarborough Prime Lingo. Respondents:  49,839.
Target:  watched Travel Channel last week or 5+ domestic air trips or 3+ foreign trips past 3 years

MyDestination.tv

# Amazing Estates And Breathtaking Resorts

## Beautiful Homes & Great Estates

*Beautiful Homes & Great Estates* features fabulous homes and amazing estates from around the world. The show profiles the owners, architects and decorators as they share with us their passion for living life at its very best.



## MyDestination.TV

*MyDestination.TV* is your invitation to the most exclusive vacation retreats around the world! We'll take you to luxury hotels and hideaways, and to the best in spa escapes.



Ex. A
55

**MyDestination.tv**



Ex. A
56

# The First And Only 24-Hour Domestic Pet Network

- Pets.TV speaks to a passion that millions consider family.
- Programming that features a wide variety of household pets.
- Expert insights into pet care, pet health, and pet lifestyles.

   

Ex. A
57



# More Than 54% Of U.S. Households Own A Pet

**Pet ownership over indexes with younger demos and families:**

- Core demo: 18-54.
- Income:  $50,000 - $150,000.
- 58% of pet owners are married.
- Over index on advanced levels of education.
- Dual incomes and own their homes.
- Pet owners over index with satellite subscribers – an opportunity to pick up subscribers.
- Most pet owners represent more than three people in the household.
- Tech driven.
- More likely to buy advanced services.
- Pet owners do not use a cable provider for long distance, presenting an opportunity to market bundles.

  



# Pets.TV Original Series

**Just Ask The Pet Vet**

*Just Ask The Pet Vet* is the interactive program that provides viewers with the absolutely best advice from the experts.

**Animal Control Patrol**

*Animal Control Patrol* serves behind-the-scenes action with the government boards that save animals, and keep neighborhoods safe.

**The Pet Chef**

*The Pet Chef* dishes up nutritious and delicious food for your pets.  Learn how to make your pet's life healthier and happier.

**For The Love of Animals**

*For The Love of Animals* highlights the diversely different ways that humans and animals coexist and interact; some are infectiously funny, others humanely heartwarming and all are inherently informative.

Ex. A
59



# Pets.TV Original Series

***The Pet Biz***

- A look at the most successful and exotic pet shops in America.  Find out from the pros the new toys, food, gadgets and healthcare options that are available for purchase at pet stores.



***All About Dogs***

- *All About Dogs* features our host and panel of experts interacting with everyday people who have a chance to show off their dogs and get advice from the experts on how to make their dog's life better.

***All About Cats***

- *All About Cats* features our host and panel of experts interacting with everyday people who have a chance to show off their cats and get advice from the experts on how to make their cat's life better.



***A Day In The Life***

- *A Day In The Life exposes viewers to a wide array of animals that people have at home.  Experts deliver the do's and don'ts of pet care, and where to spend your dollars wisely on the "other" member of the family.*

Ex. A
60





Ex. A
61

# Your Private Lessons With The World's Greatest Chefs

- Recipe.TV is an interactive experience for viewers, taking you into the kitchens of the finest culinary artists.

- Renowned chefs select their signature recipes that both amaze and inspire.

- Entertainment Studios productions take you on location to the best resorts and restaurants all over the globe.

  

Ex. A
62

RECIPE.TV

# Recipe.TV Has A Recipe For Everyone

- Adults 35-64 make up a majority of the food programming viewership.

- Household income:  $50,000 - $150,000+.

- Over-indexes with ethnic profiles.

- Core audience are home owners.

- Subscribe to cable and advanced video services.

- Over-index in TV consumption across most genres.

- Over-indexes with most cable internet service providers.



**Wolfgang Puck**



# Recipe.TV Has A Recipe For Everyone

- Recipe.TV's content is directly tied to businesses that spend more than $13-billion annually on advertising.
  - Food and Beverage businesses spend $7.8-billion annually.
  - Restaurants spend $5.6-billion per year.
  - Combined, these categories make up 9.4% of the total advertising market.



**9.4%**

■ Recipe.TV Categories

■ Other Categories

**Total Ad Market**

- The entire food industry is a $1.25-trillion business.
  - $1.5-billion in restaurant sales per day.
  - Over $550-billion in super market revenues.
  - A retail business (cookware, books, etc.) approaching $500-million per year in sales.

Sources: WPP's TNS Media Intelligence(www.tns-mi .com).  Spending based on TNS's 18 measured media.  Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center; Plunkett Research; restaurant.org; US Census Bureau

RECIPE.TV

Ex. A
64

# Networks For The Biggest Ad Categories

Entertainment Studios' networks and programming are designed for lucrative advertising sales categories that represent **$39 billion** per year in television ad spend.

- Automotive

- Entertainment

- Food & Restaurants

- Legal Services

- Pet Goods & Services

- Travel



**35**

Ex. A
65

# Entertainment Studios' Networks Offer 100% Authentication Rights

- Deliver the ESN TV Everywhere experience.

- Utilize programming with no rights encumbrances to up-sell customers to new platform subscriptions.



Online



Mobile



On Demand

 

Social Networks

Ex. A
66

# Entertainment Studios Offers Video On Demand Content Across 30 Series



# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.

      



Ex. A
68

# Technical Information

**Galaxy 13**
**MUX MPEG 4**
**L-band FREQ 990MHz**
**Downlink FREQ 4160 MHz Vertical**
**Uplink FREQ 6385 MHz Horizontal**
**Data rate/symbol 30 Msyps**
**VCT 964**
**FEC 5/6**
**Polarity: Vertical**
**TR: 23C**
**Channels**
**1 – Justice Central**
**2 – Comedy.TV**
**3 – Recipe.TV**
**4 – Cars.TV**
**5 – Pets.TV**
**6 – My Destination.TV**
**7 – ES.TV**

**ESN is DVP-S2/8PSK MPEG 4 MUX on a Motorola Modular System**

**Equipment Options**
**Motorola DSR – 4410MD**

**Contact Encompass Digital Media**
**678.421.68729**
**altoc@encompass.tv**

Ex. A
69

