1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 11  NATIONAL ASSOCIATION OF AFRICAN-AMERICAN OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; TIME WARNER CABLE INC., a Delaware corporation; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, a New York corporation; NATIONAL URBAN LEAGUE, INC., a New York corporation; AL SHARPTON, an individual; NATIONAL ACTION NETWORK, INC., a New York corporation; MEREDITH ATWELL BAKER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMIT EXTENSIONS [13]**<br><br>ACTION FILED: Feb. 20, 2015<br><br>JUDGE: Hon. Terry J. Hatter, Jr. |

The Court, having considered the parties' Joint Stipulation Regarding Motion to Dismiss Briefing Schedule and Page Limit Extensions, hereby ORDERS:

1. Defendants shall have until April 24, 2015 to move to dismiss Plaintiffs' Complaint;

2. Plaintiffs shall have until May 8, 2015 to file a response to Defendants' motions to dismiss;

3. Defendants shall have until May 22, 2015 to file a reply in support of their motions to dismiss;

4. The hearing on Defendants' motions to dismiss will be calendared for June 8, 2015;

5. Defendants Comcast Corporation, National Association for the Advancement of Colored People, National Urban League, Inc., Al Sharpton, National Action Network, Inc., and Meredith Atwell Baker may file a single consolidated motion to dismiss with a memorandum in support of up to 50 pages in length and a single consolidated reply with a memorandum in support of up to 35 pages in length, and Plaintiffs may file a response to the consolidated motion with a memorandum in support of up to 50 pages in length; and

6. Defendant Time Warner Cable Inc. may file a motion to dismiss with a memorandum in support of up to 25 pages in length, Plaintiffs may file a response to Time Warner Cable Inc.'s motion with a memorandum in support of up to 25 pages in length, and Time Warner Cable Inc. may file a reply with a memorandum in support of up to 25 pages in length.

Dated: APRIL 1, 2015

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge