1  MIGUEL A. ESTRADA, *Pro Hac Vice*
     mestrada@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
3  Washington, DC 20036-5306
   Telephone:  202.955.8257
4  Facsimile:   213.530.9616

5  Attorneys for Defendants
   COMCAST CORPORATION; NATIONAL
6  ASSOCIATION FOR THE ADVANCEMENT
   OF COLORED PEOPLE; NATIONAL URBAN
7  LEAGUE, INC.; AL SHARPTON; NATIONAL
   ACTION NETWORK, INC.; MEREDITH
8  ATTWELL BAKER

9  [Additional counsel listed on next page.]

10            UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN-AMERICAN OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; TIME WARNER CABLE INC., a Delaware corporation; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, a New York corporation; NATIONAL URBAN LEAGUE, INC., a New York corporation; AL SHARPTON, an individual; NATIONAL ACTION NETWORK, INC., a New York corporation; MEREDITH ATTWELL BAKER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS COMCAST CORPORATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL URBAN LEAGUE, INC., AL SHARPTON, NATIONAL ACTION NETWORK, INC., AND MEREDITH ATTWELL BAKER**<br><br>Judge:  Hon. Terry J. Hatter, Jr.<br>Hearing Date: June 8, 2015<br>Time:  UNDER SUBMISSION<br>Courtroom:  17 |

Gibson, Dunn & Crutcher LLP

Notice of Motion and Motion to Dismiss Plaintiffs' Complaint by Defendants Comcast, NAACP, NUL, Sharpton, NAN, and Baker

Case 2:15-cv-01239-TJH-MAN

1  DOUGLAS FUCHS, SBN 196371
    dfuchs@gibsondunn.com
2  JESSE A. CRIPPS, SBN 222285
    jcripps@gibsondunn.com
3  BRADLEY J. HAMBURGER, SBN 266916
    bhamburger@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
5  Los Angeles, CA  90071-3197
    Telephone:  213.229.7000
6  Facsimile:  213.229.7520

7  MICHAEL R. HUSTON, SBN 278488
    mhuston@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
9  Washington, DC 20036-5306
    Telephone:  202.887.3793
10  Facsimile:  213.530.9604

11  Attorneys for Defendants
    COMCAST CORPORATION; NATIONAL
12  ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE; NATIONAL
13  URBAN LEAGUE, INC.; AL SHARPTON;
    NATIONAL ACTION NETWORK, INC.;
14  MEREDITH ATTWELL BAKER

15

16  PETER C. HARVEY, *Pro Hac Vice Pending*
    pcharvey@pbwt.com
    PATTERSON BELKNAP WEBB & TYLER LLP
17  1133 Avenue of the Americas
    New York, NY 10036
18  Telephone:  212.336.2000
    Facsimile:  212.236.2222
19
    Attorneys for Defendant
20  NATIONAL URBAN LEAGUE, INC.

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

Notice of Motion and Motion to Dismiss Plaintiffs' Complaint by Defendants Comcast, NAACP, NUL, Sharpton, NAN, and Baker

Case 2:15-cv-01239-TJH-MAN

PLEASE TAKE NOTICE THAT, on June 8, 2015, or as soon thereafter as the matter may be heard before the Honorable Terry J. Hatter, Jr. in Courtroom 17 of the United States District Court, Central District of California, located at 312 North Spring Street in Los Angeles, California, Defendants Comcast Corporation, National Association for the Advancement of Colored People ("NAACP"), National Urban League, Inc. ("NUL"), Al Sharpton, National Action Network, Inc. ("NAN"), and Meredith Attwell Baker will and hereby do move this Court for an order dismissing Plaintiffs' Complaint in its entirety, with prejudice.

This Motion seeks dismissal of Plaintiffs' Complaint in its entirety as to Defendants NUL, the NAACP, NAN, Rev. Sharpton, and Ms. Baker, pursuant to Federal Rule of Civil Procedure 12(b)(2), because the Complaint fails to establish this Court's personal jurisdiction over those Defendants.  None of these Defendants is at home in California, and nothing about these Defendants' California contacts—to the extent they exist at all—has any relation to this suit.

This Motion also seeks dismissal of all claims against Ms. Baker because she is protected by absolute and qualified immunity.  The Complaint's allegations against Ms. Baker relate entirely to her vote, while serving as a Commissioner on the Federal Communications Commission, to approve an acquisition between Comcast and NBCUniversal.  Ms. Baker is immune from suit for actions in her capacity as a government officer exercising a judicial function.

Finally, with respect to all moving Defendants, this Motion seeks dismissal of the Complaint, pursuant to Rule 12(b)(6), because Plaintiffs have failed to state a claim upon which relief can be granted.  Plaintiffs have not provided sufficient factual allegations to establish that any Defendant engaged in intentional racial discrimination or conspired to intentionally discriminate on the basis of race.  The few factual details in the Complaint have an obvious alternative explanation that has nothing to do with race:  that Comcast refused to agree to the carriage requests of Plaintiff Entertainment Studios Networks, Inc. ("ESN") for legitimate business reasons, including the limited

1 bandwidth that Comcast has to add new programming content and the limited
2 consumer demand for ESN's programming.  Plaintiffs rely on a Memorandum of
3 Understanding ("MOU") that Defendants signed as evidence of discrimination, but the
4 MOU, of which this Court can take judicial notice, on its face offers *advantages*, not
5 disadvantages, to businesses owned by African Americans.
6     This Motion is based upon this Notice of Motion and Motion, the attached
7 Memorandum of Points and Authorities, the papers filed in this case, any oral
8 argument that may be heard by the Court, and any other matters that the Court deems
9 appropriate.
10     This Motion is made following conference of counsel pursuant to Local Rule
11 7-3, which took place on April 9, 2015.

12 DATE:  April 24, 2015                GIBSON, DUNN & CRUTCHER LLP

                                       By:  /s/ Miguel A. Estrada
                                            MIGUEL A. ESTRADA
                                            DOUGLAS FUCHS
                                            JESSE A. CRIPPS
                                            BRADLEY J. HAMBURGER
                                            MICHAEL R. HUSTON

                                       Attorneys for Defendants
                                       COMCAST CORPORATION; NATIONAL
                                       ASSOCIATION FOR THE ADVANCEMENT
                                       OF COLORED PEOPLE; NATIONAL
                                       URBAN LEAGUE, INC.; AL SHARPTON;
                                       NATIONAL ACTION NETWORK, INC.;
                                       MEREDITH ATTWELL BAKER


                                       PATTERSON BELKNAP WEBB
                                       & TYLER LLP

                                       PETER C. HARVEY
                                       Attorneys for Defendant
                                       NATIONAL URBAN LEAGUE, INC.

Gibson, Dunn & Crutcher LLP

Notice of Motion and Motion to Dismiss Plaintiffs' Complaint by Defendants Comcast, NAACP, NUL, Sharpton, NAN, and Baker

2

Case 2:15-cv-01239-TJH-MAN