1  MIGUEL A. ESTRADA, *Pro Hac Vice*
     mestrada@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
3  Washington, DC 20036-5306
   Telephone: 202.955.8257
4  Facsimile: 213.530.9616

5  Attorneys for Defendants
   COMCAST CORPORATION; NATIONAL
6  ASSOCIATION FOR THE ADVANCEMENT
   OF COLORED PEOPLE; NATIONAL URBAN
7  LEAGUE, INC.; AL SHARPTON; NATIONAL
   ACTION NETWORK, INC.; MEREDITH
8  ATTWELL BAKER

9  [Additional counsel listed on next page.]

10              UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN-AMERICAN OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,<br><br>                Plaintiffs,<br><br>       v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; TIME WARNER CABLE INC., a Delaware corporation; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, a New York corporation; NATIONAL URBAN LEAGUE, INC., a New York corporation; AL SHARPTON, an individual; NATIONAL ACTION NETWORK, INC., a New York corporation; MEREDITH ATTWELL BAKER, an individual; and DOES 1 through 10, inclusive,<br><br>                Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANTS COMCAST CORPORATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL URBAN LEAGUE, INC., AL SHARPTON, NATIONAL ACTION NETWORK, INC., AND MEREDITH ATTWELL BAKER**<br><br>Judge: Hon. Terry J. Hatter, Jr. |

```
 1  DOUGLAS FUCHS, SBN 196371
       dfuchs@gibsondunn.com
 2  JESSE A. CRIPPS, SBN 222285
       jcripps@gibsondunn.com
 3  BRADLEY J. HAMBURGER, SBN 266916
       bhamburger@gibsondunn.com
 4  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 5  Los Angeles, CA  90071-3197
    Telephone:  213.229.7000
 6  Facsimile:   213.229.7520

 7  MICHAEL R. HUSTON, SBN 278488
       mhuston@gibsondunn.com
 8  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
 9  Washington, DC 20036-5306
    Telephone:  202.887.3793
10  Facsimile:   213.530.9604

11  Attorneys for Defendants
    COMCAST CORPORATION; NATIONAL
12  ASSOCIATION FOR THE ADVANCEMENT
    OF COLORED PEOPLE; NATIONAL
13  URBAN LEAGUE, INC.; AL SHARPTON;
    NATIONAL ACTION NETWORK, INC.;
14  MEREDITH ATTWELL BAKER

15
    PETER C. HARVEY, Pro Hac Vice Pending
16     pcharvey@pbwt.com
    PATTERSON BELKNAP WEBB & TYLER LLP
17  1133 Avenue of the Americas
    New York, NY 10036
18  Telephone:  212.336.2000
    Facsimile:   212.236.2222
19
    Attorneys for Defendant
20  NATIONAL URBAN LEAGUE, INC.
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants Comcast Corporation, National Association for the Advancement of Colored People, National Urban League, Inc., Al Sharpton, National Action Network, Inc., and Meredith Attwell Baker, certifies based on current knowledge the following:

Defendant Comcast Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant National Association for the Advancement of Colored People has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant National Urban League, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant National Action Network, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants Comcast Corporation, National Association for the Advancement of Colored People, National Urban League, Inc., Al Sharpton, National Action Network, Inc., and Meredith Attwell Baker, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:  National Association of African-American Owned Media, Entertainment Studios Networks, Inc., Comcast Corporation, National Association for the Advancement of Colored People, National Urban League, Inc., Al Sharpton, National Action Network, Inc., Meredith Attwell Baker, and Time Warner Cable, Inc.

| | |
|---|---|
| DATE: April 24, 2015 | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ Miguel A. Estrada
MIGUEL A. ESTRADA
DOUGLAS FUCHS
JESSE A. CRIPPS
BRADLEY J. HAMBURGER
MICHAEL R. HUSTON

Attorneys for Defendants
COMCAST CORPORATION; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; NATIONAL URBAN LEAGUE, INC.; AL SHARPTON; NATIONAL ACTION NETWORK, INC.; MEREDITH ATTWELL BAKER


PATTERSON BELKNAP WEBB & TYLER LLP

PETER C. HARVEY
Attorneys for Defendant
NATIONAL URBAN LEAGUE, INC.