LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
LAUREN R. WRIGHT (State Bar No. 280809)
lwright@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Comcast Corporation, a Pennsylvania corporation; Time Warner Cable Inc., a Delaware corporation; National Association for the Advancement of Colored People, a New York corporation; National Urban League, Inc., a New York corporation; Al Sharpton, an individual; National Action Network, Inc., a New York corporation; Meredith Attwell Baker, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANTS COMCAST CORPORATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL URBAN LEAGUE, INC., AL SHARPTON, NATIONAL ACTION NETWORK, INC. AND MEREDITH ATTWELL BAKER**<br><br>[Opposition to Defendants' Motion to Dismiss filed concurrently herewith]<br><br>Judge:　Hon. Terry J. Hatter, Jr.<br>Date:　June 8, 2015<br>Time:　UNDER SUBMISSION<br>Crtrm.:　17 |

255099.1

# REQUEST FOR JUDICIAL NOTICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201, Plaintiffs National Association of African American–Owned Media and Entertainment Studios Networks, Inc. (collectively "Plaintiffs") hereby submit this Request for Judicial Notice in support of their Opposition to Motion to Dismiss Plaintiffs' Complaint By Defendants Comcast Corporation, National Association for the Advancement of Colored People, National Urban League, Inc., Al Sharpton, National Action Network, Inc., and Meredith Attwell Baker. Plaintiffs respectfully request that the Court take judicial notice of the following documents:

1. Memorandum of Understanding between Comcast Corporation, NBC Universal and The African American Leadership Organizations (filed December 17, 2010), *available at* http://fjallfoss.fcc.gov/ecfs/document/view?id=7020924347 ("MOU"). A true and correct copy of the MOU is attached hereto as **Exhibit A**.

2. Statement from FCC Chairman Tom Wheeler on the Comcast-TWC Merger (April 24, 2015), *available at* https://www.fcc.gov/document/chairmans-statement-comcast-twc-merger ("Wheeler Statement"). A true and correct copy of the Wheeler Statement is attached hereto as **Exhibit B**.

3. Second Amended Modified Joint Protective Order (November 12, 2014), *available at* https://www.fcc.gov/document/comcast-twc-2nd-amended-modified-joint-protective-order ("FCC Protective Order"). A true and correct copy of the FCC Protective Order is attached hereto as **Exhibit C**.

4. Memorandum Opinion and Order (January 20, 2011), *available at* http://hraunfoss.fcc.gov/edocs_public/attachmatch/FCC-11-4A1.pdf ("Comcast/NBCU Order"). A true and correct copy of the Comcast/NBCU Order is attached hereto as **Exhibit D**.

These documents are proper subjects for judicial notice. All are public records that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Meyer v.*

*Portfolio Recovery Assocs., LLC*, 2011 WL 11712610, at *8 n.18 (S.D. Cal. Sept. 14, 2011) ("[C]ourts regularly take judicial notice of . . . documents that are administered by or publicly filed with [an] administrative agency."); *Moore v. Verizon Commc'ns, Inc.*, 2010 WL 3619877, at *3 (N.D. Cal. Sept. 10, 2010) (taking judicial notice of FCC opinion and order); *Lyons v. Coxcom, Inc.*, 718 F. Supp. 2d 1232, 1237 (S.D. Cal. 2009) (same).

DATED:  May 8, 2015                MILLER BARONDESS, LLP

By: */s/ Louis R. Miller*
    LOUIS R. MILLER
    Attorneys for Plaintiffs