1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  AMNON Z. SIEGEL (State Bar No. 234981)
   asiegel@millerbarondess.com
3  LAUREN R. WRIGHT (State Bar No. 280809)
   lwright@millerbarondess.com
4  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:   (310) 552-4400
6  Facsimile:    (310) 552-8400

7  Attorneys for Plaintiffs

8             **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  National Association of African-
    American Owned Media, a California
12  limited liability company; and
    Entertainment Studios Networks, Inc., a
13  California corporation,

14              Plaintiffs,

15         v.

16  Comcast Corporation, a Pennsylvania
    corporation; Time Warner Cable Inc., a
17  Delaware corporation; National
    Association for the Advancement of
18  Colored People, a New York
    corporation; National Urban League,
19  Inc., a New York corporation; Al
    Sharpton, an individual; National
20  Action Network, Inc., a New York
    corporation; Meredith Attwell Baker, an
21  individual; and DOES 1 through 10,
    inclusive,,

22              Defendants.

23

**CASE NO. 2:15-cv-01239-TJH-MAN**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TIME WARNER CABLE INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6)**

[Opposition to Time Warner Cable Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) and Declaration of Mark DeVitre filed concurrently herewith]

Judge:  Hon. Terry J. Hatter, Jr.
Date:    June 8, 2015
Time:    UNDER SUBMISSION
Crtrm.:  17

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

255078.1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    **REQUEST FOR JUDICIAL NOTICE**

2    **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201,

3    Plaintiffs National Association of African American–Owned Media and

4    Entertainment Studios Networks, Inc. (collectively "Plaintiffs") hereby submit this

5    Request for Judicial Notice in support of their Opposition to Defendant Time

6    Warner Cable Inc.'s Motion to Dismiss Complaint Pursuant to Rule 12(b)(6).

7    Plaintiffs respectfully request that the Court take judicial notice of the following

8    documents:

9        1.    Statement from FCC Chairman Tom Wheeler on the Comcast-TWC

10   Merger (April 24, 2015), *available at* https://www.fcc.gov/document/chairmans-

11   statement-comcast-twc-merger ("Wheeler Statement").  A true and correct copy of

12   the Wheeler Statement is attached hereto as **Exhibit A**.

13       2.    Memorandum of Understanding between Comcast Corporation, NBC

14   Universal and The African American Leadership Organizations (filed December 17,

15   2010), *available at* http://fjallfoss.fcc.gov/ecfs/document/view?id=7020924347

16   ("MOU").  A true and correct copy of the MOU is attached hereto as **Exhibit B**.

17       3.    Second Amended Modified Joint Protective Order (November 12,

18   2014), *available at* https://www.fcc.gov/document/comcast-twc-2nd-amended-

19   modified-joint-protective-order ("FCC Protective Order").  A true and correct copy

20   of the FCC Protective Order is attached hereto as **Exhibit C**.

21       These documents are proper subjects for judicial notice.  All are public

22   records that "can be accurately and readily determined from sources whose accuracy

23   cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2); *see also Meyer v.*

24   *Portfolio Recovery Assocs., LLC*, 2011 WL 11712610, at *8 n.18 (S.D. Cal. Sept.

25   14, 2011) ("[C]ourts regularly take judicial notice of . . . documents that are

26   administered by or publicly filed with [an] administrative agency."); *Moore v.*

27   *Verizon Commc'ns, Inc.*, 2010 WL 3619877, at *3 (N.D. Cal. Sept. 10, 2010)

28   (taking judicial notice of FCC opinion and order); *Lyons v. Coxcom, Inc.*, 718 F.

255078.1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

1  Supp. 2d 1232, 1237 (S.D. Cal. 2009) (same).

2

3  DATED:  May 8, 2015              MILLER BARONDESS, LLP

4

5

6                                          By:   /s/ Louis R. Miller
                                                LOUIS R. MILLER
7                                               Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

255078.1

2

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE