LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
LAUREN R. WRIGHT (State Bar No. 280809)
lwright@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation, a Pennsylvania corporation; Time Warner Cable Inc., a Delaware corporation; National Association for the Advancement of Colored People, a New York corporation; National Urban League, Inc., a New York corporation; Al Sharpton, an individual; National Action Network, Inc., a New York corporation; Meredith Attwell Baker, an individual; and DOES 1 through 10, inclusive,,<br><br>Defendants. | CASE NO. 2:15-cv-01239-TJH-MAN<br><br>**DECLARATION OF MARK DEVITRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TIME WARNER CABLE INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>[Opposition to Time Warner Cable Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) and Request for Judicial Notice filed concurrently herewith]<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Date: June 8, 2015<br>Time: UNDER SUBMISSION<br>Crtrm.: 17 |

255079.1

I, Mark DeVitre, declare and state as follows:

1. I am over the age of 18 and not a party to this litigation. I am an attorney duly licensed to practice before all courts of the State of California and am the general counsel of Entertainment Studios Networks, Inc. ("ESN"), a named Plaintiff in this action. I am also the registered agent for National Association for African American–Owned Media ("NAAAOM"), the other named Plaintiff in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify under oath to all of said facts.

2. NAAAOM was formed on November 13, 2014. A true and correct copy of the Business Entity Detail for National Association of African American Owned Media, LLC (entity number 201431710321) is attached hereto as **Exhibit A**.

3. Although NAAAOM is a newly created organization, it is open for new membership and several 100% African American–owned media companies have expressed interest in joining NAAAOM to promote its mission.

4. Since launching its website, NAAAOM has also received hundreds of registrants for its electronic newsletters.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 7, 2015, at ~~Los Angeles, California~~

_____
MARK DEVITRE

255079.1

1

DECLARATION OF MARK DEVITRE