BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
JULIAN A. LAMM (SBN 284637)
jlamm@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
TIME WARNER CABLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation, a Pennsylvania corporation; Time Warner Cable Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:15-cv-01239-TJH-MAN<br><br>**STIPULATION AMENDING BRIEFING SCHEDULE ONLY FOR TWC'S MOTION TO DISMISS** |

By and through their undersigned counsel of record, plaintiffs Entertainment Studios Networks, Inc. and the National Association of African-American Owned Media (collectively, "Plaintiffs") and defendant Time Warner Cable Inc. ("TWC") hereby stipulate and agree as follows:

WHEREAS, on August 19, 2015, the Court issued an Order providing that Plaintiffs have until September 21, 2015, to file an amended complaint ("Amended Complaint"). Docket No. 45.

WHEREAS, on September 3, 2015, pursuant to the parties' stipulation, the Court issued an Order setting forth the briefing schedule for defendants' respective motions to dismiss the Amended Complaint. Docket No. 47.

WHEREAS, on September 21, 2015, Plaintiffs filed their Amended Complaint.

WHEREAS, Plaintiffs and TWC, as to TWC's motion to dismiss only, desire to set aside the stipulated briefing schedule and vacate the Court's Order dated September 3, 2015 [Docket No. 47], as to TWC's prospective motion to dismiss only and enter a modified briefing schedule as to TWC. The briefing schedule for Comcast Corporation's motion to dismiss set forth in the Court's Order dated September 3, 2015, shall remain unchanged.

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. TWC shall have until October 21, 2015, to file its motion to dismiss Plaintiffs' Amended Complaint;

2. Plaintiffs shall have until November 3, 2015, to file a response to TWC's motion to dismiss;

3. TWC shall have until November 9, 2015, to file a reply in support of its motion to dismiss; and

4. The hearing on TWC's motion to dismiss will be calendared for November 23, 2015.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2015 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: _/s/ Bryan A. Merryman_<br>Bryan A. Merryman |
| 4 | | |
| 5 | | Attorneys for Defendant<br>TIME WARNER CABLE INC. |
| 6 | | |
| 7 | Dated: October 7, 2015 | MILLER BARONDESS, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _/s/ Amnon Z. Siegel_<br>Amnon Z. Siegel |
| 11 | | Attorneys for Plaintiffs<br>ENTERTAINMENT STUDIOS<br>NETWORKS, INC.; and NATIONAL<br>ASSOCIATION OF AFRICAN-<br>AMERICAN OWNED MEDIA |