1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>Comcast Corporation, a Pennsylvania corporation; Time Warner Cable Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:15-cv-01239-TJH-MANx<br><br>**ORDER GRANTING STIPULATION AMENDING BRIEFING SCHEDULE ONLY FOR TWC'S MOTION TO DISMISS [54]** |

1  The Court, having considered the stipulation of plaintiffs and Time Warner Cable Inc. ("TWC") to amend the briefing schedule as to TWC's prospective motion to dismiss the first amended complaint only, hereby ORDERS:

1. The Court's Order dated September 3, 2015 [Docket No. 47], as to TWC's motion to dismiss only, is vacated;

2. TWC shall have until October 21, 2015, to file its motion to dismiss plaintiffs' first amended complaint;

3. Plaintiffs shall have until November 3, 2015, to file a response to TWC's motion to dismiss;

4. TWC shall have until November 9, 2015, to file a reply in support of its motion to dismiss; and

5. The hearing on TWC's motion to dismiss will be calendared for November 23, 2015.

Dated: October 13, 2015

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge