LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
LAUREN R. WRIGHT (State Bar No. 280809)
lwright@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN AMERICAN–OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS, INC., a California corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; TIME WARNER CABLE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,,<br><br>              Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TIME WARNER CABLE INC. PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

269779.1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TIME WARNER CABLE INC.

**TO THE COURT, THE PARTIES, AND THE PARTIES' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs National Association of African American–Owned Media and Entertainment Studios Networks, Inc. hereby voluntarily dismiss Defendant Time Warner Cable, Inc. ("TWC") without prejudice.  TWC has not served either an answer or a motion for summary judgment in the above-captioned case.

This dismissal does not extend to Defendant Comcast Corporation, which remains a defendant in this action.

DATED:  October 19, 2015        MILLER BARONDESS, LLP

By: _____
AMNON Z. SIEGEL
Attorneys for Plaintiffs

269779.1

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TIME WARNER CABLE INC.