MIGUEL A. ESTRADA, *Pro Hac Vice*
mestrada@gibsondunn.com
MICHAEL R. HUSTON, SBN 278488
mhuston@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8257
Facsimile: 213.530.9616

DOUGLAS FUCHS, SBN 196371
dfuchs@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
jcripps@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN-AMERICAN OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; TIME WARNER CABLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-01239-TJH-MAN**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT BY DEFENDANT COMCAST CORPORATION**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Hearing Date: December 28, 2015<br>Time: UNDER SUBMISSION<br>Courtroom: 17 |

1    PLEASE TAKE NOTICE THAT, on December 28, 2015, or as soon thereafter as the matter may be heard before the Honorable Terry J. Hatter, Jr. in Courtroom 17 of the United States District Court, Central District of California, located at 312 North Spring Street in Los Angeles, California, Defendant Comcast Corporation will and hereby does move this Court for an order dismissing Plaintiffs' First Amended Complaint in its entirety, with prejudice.

   This Motion seeks dismissal of the First Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have failed to state a claim upon which relief can be granted. This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the papers filed in this case, any oral argument that may be heard by the Court, and any other matters that the Court deems appropriate.

   This Motion is made following conference of counsel pursuant to Local Rule 7-3, which took place on October 8, 2015.

DATE: October 21, 2015                GIBSON, DUNN & CRUTCHER LLP

                              By:   /s/ Miguel A. Estrada
                                    MIGUEL A. ESTRADA
                                    DOUGLAS FUCHS
                                    JESSE A. CRIPPS
                                    BRADLEY J. HAMBURGER
                                    MICHAEL R. HUSTON

                                    Attorneys for Defendants
                                    COMCAST CORPORATION