DocuSign Envelope ID: F2F8C30B-CA14-48F0-BDF9-B4200F8C31C8

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
BRIAN A. PROCEL (State Bar No. 218657)
bprocel@millerbarondess.com
DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN AMERICAN-OWNED MEDIA, a California limited liability company; and ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | **CASE NO. 2:15-cv-01239-TJH(FFMx)**<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Action Filed:     February 20, 2015 |

Plaintiffs National Association of African American-Owned Media and Entertainment Studios Networks, Inc. and Defendant Comcast Corporation, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that Plaintiffs and Defendant shall each bear their own fees and costs.

DATED: June 10, 2020

MILLER BARONDESS, LLP

By: _____
LOUIS R. MILLER
Attorneys for Plaintiffs

DATED: June 10, 2020

GIBSON, DUNN & CRUTCHER, LLP

By: _____
Miguel A. Estrada
Attorneys for Defendant
COMCAST CORPORATION